# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON SCHALL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ADECCO U.S.A., INC., and | : | |
| ADECCO RPO, | : | No. 10-2526 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **January, 2011**, upon consideration of Defendant's Motion to Compel Arbitration and Dismiss the Complaint, Plaintiff's Opposition thereto, Defendant's Reply thereon, and for the reasons stated in this Court's Memorandum dated January 28, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion to Compel Arbitration and Dismiss the Complaint (Document No. 12) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED** without prejudice pending the outcome of arbitration.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**